# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEPHEN WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>L. THOMAS LAKIN and THE LAKIN )<br>LAW FIRM, P.C., )<br>)<br>Defendants. ) | No. MISC-E-07-41- DRH |

## ORDER

Pursuant to **28 U.S.C. § 455**, the undersigned judge hereby **RECUSES** himself from further proceeding in the above-entitled matter.  Through random draw, the Clerk of Court has reassigned this matter to United States District Judge Michael J. Reagan.  All further documents filed in this matter shall bear case number MISC-E-07-41 MJR.

**IT IS SO ORDERED**.

DATED:  This  30th   day of May, 2007.

/s/           David   RHerndon

UNITED STATES DISTRICT JUDGE