IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEPHEN WILLIAMS,            )
                             )
            Plaintiff,       )
                             )
v.                           )   Case No. 07-mc-00041-MJR-DGW
                             )
L. THOMAS LAKIN and          )
THE LAKIN LAW FIRM, P.C.,    )
                             )
            Defendants.      )

## ORDER OF DISMISSAL

REAGAN, District Judge:

       In September 2007, the undersigned Judge stayed this miscellaneous case (a petition to enforce/execute judgment which commenced here with the filing of a default judgment obtained in an Oklahoma lawsuit). The stay was to remain in effect pending resolution of proceedings to vacate the default judgment in federal court in the Northern District of Oklahoma (Williams v. Lakin, et al., Case No. 06-cv-0515-CVE). Counsel provided periodic status reports through September 2008. By motion filed December 4, 2008, the parties jointly move to vacate the registration of the default judgment and to dismiss this action with prejudice. The motion was filed with a joint stipulation for dismissal.

       The Court now **LIFTS** the stay imposed at Doc. 18, **GRANTS** the joint motion at Doc. 34, **VACATES** the registration of the default judgment at Doc. 1, and **DISMISSES** this action with prejudice, each party to bear his/its own costs.

       IT IS SO ORDERED.

       DATED this 5th day of December 2008.

                                      s/ ***Michael J. Reagan***
                                      MICHAEL J. REAGAN
                                      United States District Judge